Exhibit A to the Complaint

**Location:** Stoughton, MA  **IP Address:** 173.76.86.92
**Total Works Infringed:** 50  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 649B9E044CCC76013183E18AC294541E5D8DC976 | 02/08/2025 18:01:35 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 2 | 32ECF31DFF5F4B09C5CA42363841D43E20323E7C | 10/12/2024 16:50:23 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 3 | 8345DF2F75AE90CFFA8DAA90DB22BEA56ABD2922 | 09/28/2024 17:59:11 | Vixen | 09/27/2024 | 10/16/2024 | PA0002494780 |
| 4 | 4cba6d09fb3b9431caa0141c0ce8828c804fce4d | 08/17/2024 16:45:13 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 5 | 672a8e0380b63234fc9f50ddad6f9a6be6b45542 | 08/14/2024 10:53:26 | Blacked Raw | 07/26/2021 | 09/21/2021 | PA0002312675 |
| 6 | a45f646abaf7daefbca8f4a30df6315f52c7851c | 08/12/2024 22:04:16 | Vixen | 05/29/2020 | 06/16/2020 | PA0002253260 |
| 7 | 33adf072765ec3254db52e56d4df20f95b0c050a | 08/02/2024 22:45:05 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 8 | 4D39C100FCBA34C0594394F40B59A034396688F6 | 07/29/2024 19:24:10 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 9 | 0a2f76de5243e8aab33d3d6841e22ba50ab6013b | 07/24/2024 15:07:31 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 10 | df720da10491e1ed21c23b31dcd8367f24699991 | 07/24/2024 13:18:12 | Blacked | 12/18/2021 | 01/17/2022 | PA0002330124 |
| 11 | 602C70A7CCA18BDBA107F5C733CE089547ACCC99 | 07/13/2024 18:33:30 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 12 | E8EB83682A2C5FC74A2F6E8DAC806B3D69F8DC34 | 06/29/2024 14:40:11 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 13 | 920a98c70b163e02879de9930458dc06a59197f4 | 06/29/2024 08:06:35 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 14 | 247a25d0f1502b51b1511315edec985ba1b94be2 | 06/17/2024 22:56:22 | Blacked | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 15 | 5039d05beb093fc651e0d6f5166363d5932c9ebc | 06/15/2024 14:34:25 | Vixen | 06/14/2024 | 07/16/2024 | PA0002480600 |
| 16 | 4261d8982ce210651cfbfbd8ef9b96004327bb09 | 06/07/2024 14:50:29 | Blacked Raw | 05/07/2018 | 06/19/2018 | PA0002126670 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | cda7c6f224c7d3e1c1d95447245e4610db432c5a | 06/01/2024 12:35:18 | Blacked | 06/12/2021 | 07/08/2021 | PA0002300659 |
| 18 | 77117c10b147ec95977d46f3c117682ecc1af8cc | 05/29/2024 12:45:57 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 19 | f583ec5d69fb623abc4cd0c491f767fbbd9331f8 | 05/28/2024 17:27:37 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 20 | C0AA7E452F8E63130746AF98E38DFAEDC83FFC1E | 05/11/2024 15:29:53 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 21 | 501c809aa9bc98b4dcce5cdcb9f3d605e30cd801 | 05/09/2024 06:30:58 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 22 | 35dbbd8226bd5ffe9dcca61ef8a674cd99a66f62 | 05/03/2024 20:26:42 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 23 | 1966dd7d52a5fa98961a28cb9cafb81eebdbfd2a | 04/29/2024 19:49:46 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 24 | 08ED1CB13056980515157AD1D6CBA063FEF4A591 | 04/10/2024 19:18:02 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 25 | e0b3526e7ef73aedca8bbbae7a099336348f0bbc | 03/02/2024 15:32:21 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 26 | 41a89046fdb29be0673851a3295e42603d75de31 | 03/02/2024 07:44:49 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 27 | a519ba8c3d57066c381af7451b2efd2714958091 | 02/29/2024 21:46:42 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 28 | 1ba645c8ba978815d185709957d795e18f478f80 | 01/27/2024 15:18:49 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 29 | 5D1D3A6EAF6E7C31B2899524781EC1B9071B8B3F | 01/13/2024 17:26:44 | Milfy | 01/10/2024 | 03/28/2024 | PA0002462578 |
| 30 | 60ef95299afec2a175c17b852b2deefd4f1baee2 | 01/13/2024 17:23:32 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 31 | 828FCEB96DEC6A7C017B66F92B9EDEBC393E9214 | 01/05/2024 15:35:31 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 32 | 04D4D118078A24B5DCF593D690C4E62D10036E4E | 12/02/2023 17:46:02 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 33 | 76dcfa2afdd5a89ed98ca4630a7350747eaf1a1e | 11/25/2023 16:00:06 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 34 | ba33cc52b176e22da95d51aa1233bd7e6d665be0 | 11/04/2023 20:30:19 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | eff1d49b3aeb601c2c2d1f28870a52c96edb2306 | 11/04/2023 16:56:53 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 36 | 114e6ba8d6b4af1069e648f1949bdb465dff7320 | 11/04/2023 11:50:31 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |
| 37 | 2D0BA817186DBE2518041E588B1FF59D9F6CE228 | 10/21/2023 15:05:53 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 38 | cb745e58cdba60516c52df0e47031becb64e80ce | 10/14/2023 16:16:32 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 39 | 1A2A89BAB8277EE57FF9CC97FD3D372BF7DB6145 | 09/23/2023 15:53:48 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 40 | 743E5CF68F141EEDA55446722F9B6D2B8E0A6F2F | 09/18/2023 19:15:18 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 41 | 482ec8a412bc50744c5dea28e5d572e4ae5f6945 | 09/14/2023 22:13:43 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 42 | 80AD0ABC7074E345F01C4C2D0BDFE7DC9857D15D | 09/09/2023 17:06:30 | Vixen | 09/08/2023 | 09/18/2023 | PA0002431077 |
| 43 | 8ba4881bbf255b9586461057c2a46707e3be40e0 | 08/19/2023 15:44:26 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 44 | B79D5F451022B1A8FDF8B97F75DE2F72E304C719 | 07/29/2023 15:29:51 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 45 | 89DF3178401EA4ABAF938F7190FEC0D0D8E68259 | 07/01/2023 14:24:48 | Vixen | 06/30/2023 | 07/13/2023 | PA0002420344 |
| 46 | CEB1ED69FD5C9E60BE272116515A54C59753A913 | 04/03/2023 16:07:17 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 47 | 6E14A08630CBF298BF6A1084842B7CE1DBB4DC99 | 04/03/2023 16:04:29 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 48 | 124f513def525daa6f71391274b622ab1e1f3095 | 01/07/2023 15:35:30 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 49 | 19ED31B69898C515CB045E33FE26AB25E3C83E18 | 12/27/2022 16:09:20 | Vixen | 12/23/2022 | 01/10/2023 | PA0002389606 |
| 50 | 2c3887cbb67c1f2d88b12f826755327f35391d5f | 08/23/2022 15:45:35 | Blacked Raw | 08/22/2022 | 08/30/2022 | PA0002367731 |